UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Ramiro VEGA-Sendejas,**<br><br>Defendant | Magistrate Docket No.<br>**'08 MJ 0657**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **March 3, 2008** within the Southern District of California, defendant, **Ramiro VEGA-Sendejas**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **4th** DAY OF **MARCH 2008**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Ramiro VEGA-Sendejas

## PROBABLE CAUSE STATEMENT

On March 3, 2008, Border Patrol Agent C. Henderson was conducting line watch duties in the Chula Vista Area of Operations. At approximately 1:00 a.m., Agent Henderson was advised via Bureau service radio of a seismic intrusion activation in an area commonly known as "White Cross." This area is located approximately four miles east of the Otay Mesa, California Port of Entry and approximately one hundred yards north of the United States/Mexico International boundary.

Agent Henderson responded to the area and discovered a group of eight individuals lying in some heavy brush. Agent Henderson approached the individuals, identified himself as a United States Border Patrol Agent, and questioned them as to their citizenship and nationality. All eight individuals, including one later identified as the defendant **Ramiro VEGA-Sendejas**, responded "Mexico." Agent Henderson then questioned the individuals to see if they had any immigration documents to allow them to be or remain in the United States legally. All eight individuals, including the defendant, responded "No." At approximately 2:00 a.m., Agent Henderson placed the eight individuals, including the defendant, under arrest and had them transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **February 14, 2008** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.